RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
KHANH HUA

**FILED**

OCT 6  2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 08-0461 PJH |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO MODIFY BOND TO TERMINATE CURFEW** |
| KHANH HUA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Assistant United States Attorney Derek Owens and Randy Sue Pollock, on behalf of defendant Khanh Hua, that his bond be modified to delete the requirement of a curfew.

///
///
///
///
///
///
///

Tim Elder, from the Office of Pretrial Supervision, has no objection to the deletion of this condition of release.

Date:   October 5, 2009

/s/ Randy Sue Pollock
Randy Sue Pollock
Counsel for Defendant
Khanh Hua

Date:   October 5, 2009

/s/ Derek Owens
Derek Owens
Assistant United States Attorney

SO ORDERED:

October 6, 2009

United States Magistrate Judge
Timothy J. Bommer